```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
                                      :   INDICTMENT
            -v.-                      :
                                      :
                                      :   17 CRIM 366
FNU LNU,                              :
  a/k/a "Samuel Valentin Ortiz,"      :
                                      :
                                      :
            Defendant.                :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2017

The Grand Jury charges:

**COUNT ONE**
(False Statements to the Commissioner of Social Security)

1. On or about August 29, 2013, in the Southern District of New York, FNU LNU, a/k/a "Samuel Valentin Ortiz," the defendant, willfully and knowingly made false statements as to his true identity and furnished false information to the Commissioner of Social Security, contrary to the laws regulating the issuance of Social Security benefits, to wit, LNU provided false information concerning his identity and used a fraudulently obtained driver's license and a birth certificate of another individual to obtain a new Social Security Number.

(Title 42, United States Code, Section 408(a)(6).)

JUDGE WOODS

**COUNT TWO**
(False Statement in Application for Passport)

2. On or about February 12, 2016, in the Southern District of New York, FNU LNU, a/k/a "Samuel Valentin Ortiz," the defendant, willfully and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, LNU submitted a United States passport application containing false information about his identity, including a false name, false birthdate, and a fraudulently obtained Social Security Number.

(Title 18, United States Code, Section 1542).

**COUNT THREE**
(Aggravated Identity Theft)

3. On or about February 12, 2016, in the Southern District of New York, FNU LNU, a/k/a "Samuel Valentin Ortiz," the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, LNU possessed, used, and transferred the name, social security number, date of birth, and birth certificate of another person in connection

2

certificate of another person in connection with the passport offense charged in Count Two of this Indictment.

(Title 18, United States Code,
Sections 1028A(a)(1), 1028A(b), and 2.)

_____  6-12-17
FOREPERSON

_____
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**FNU LNU
a/k/a "Samuel Valentin Ortiz,"**

**Defendant.**

---

**INDICTMENT**

17 Cr.

(42 U.S.C. § 408(a)(6),
18 U.S.C. § 1542,
18 U.S.C. §§ 1028A(a)(1), 1028A (b),
and 2.)

JOON H. KIM
Acting United States Attorney

*[signature]*  6-12-17
Foreperson

---

6-12-17 Filed Indictment. Case assigned to J, Woods
WO

Gorenstein
U.S.MJ